IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ANTWAYN CARTER,            *

    Petitioner            *

vs.                        *
                                              CASE NO. 3:12-CV-08 (CDL)
DAVID FRAZIER,             *

    Respondent            *

ORDER ON RECOMMENDATION

    This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on August 9, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. As recommended by the Magistrate Judge, Ground 1 of Petitioner's amended petition remains pending, and Respondent shall file an answer to that ground of the Petition within 45 days of today's order.

    IT IS SO ORDERED, this 6th day of September, 2012.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE